```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 23116
   EURA W SEAVERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6529

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 06/17/2004 and was confirmed 09/22/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
ASPIRE                     UNSEC W/INTER     4419.16           576.70         4419.16
CAPITAL ONE BANK           UNSEC W/INTER     1693.16           221.13         1693.16
CAPITAL ONE BANK           UNSEC W/INTER     2280.85           297.81         2280.85
CB USA                     UNSEC W/INTER      112.40            15.76          112.40
ECAST SETTLEMENT CORP      UNSEC W/INTER      583.70            77.17          583.70
DISCOVER FINANCIAL SERVI   UNSEC W/INTER      723.82            95.47          723.82
ECAST SETTLEMENT CORP      UNSEC W/INTER     1517.32           198.12         1517.32
WORLD FINANCIAL NETWORK    UNSEC W/INTER      316.64            42.28          316.64
NCM TRUST                  UNSEC W/INTER     9176.94          1197.90         9176.94
ERNESTO D BORGES JR        DEBTOR ATTY       2,300.00                         2,300.00
TOM VAUGHN                 TRUSTEE                                            1,698.38
DEBTOR REFUND              REFUND                                              162.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                27,706.71

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   20,823.99
    INTEREST                                 2,722.34
ADMINISTRATIVE                               2,300.00
TRUSTEE COMPENSATION                         1,698.38
DEBTOR REFUND                                  162.00
                       ---------------     ---------------
TOTALS                 27,706.71            27,706.71
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 04 B 23116 EURA W SEAVERS
```